IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: DISCOVERY IN STATE FARM CASES

## ORDER

The Court on September 11, 2007 held a telephone conference with State Farm Counsel Harry Allen and Scruggs Katrina Group (SKG) Counsel Don Barrett regarding the newly filed 178 Hurricane Katrina cases against State Farm. Pursuant to said conference with counsel, it is accordingly,

**ORDERED**:

1. That State Farm shall continue participating in discovery in keeping with the case management order, including, but not limited to, producing to SKG the State Farm claims files relative to said cases;

2. That State Farm's continued cooperation in discovery shall not be construed as any waiver to its right to pursue disqualification of Richard F. Scruggs, the Scruggs Law Firm, P.A., and the Scruggs Katrina Group.

SO ORDERED, this the 12th day of September, 2007.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE